IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JIMMY LaDALE BROWN, JR.                                             PLAINTIFF

V.                                NO. 5:07cv00112 JMM

DAVID HENRY, et al                                                  DEFENDANTS

### JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered

dismissing Plaintiff's complaint without prejudice.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis

appeal from its order, and this judgment entered thereunder, would not be taken in good

faith.

IT IS SO ORDERED this 4th day of June, 2007.

_____
UNITED STATES DISTRICT JUDGE